# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

JAMES COBB (# L5759)                                                                          PLAINTIFF

v.                                                                                      No. 4:07CV108-P-A

LAWRENCE KELLY, ET AL.                                                                       DEFENDANTS

## MEMORANDUM OPINION

This matter comes before the court on the *pro se* prisoner complaint of James Cobb, who challenges the conditions of his confinement under 42 U.S.C. § 1983. For the purposes of the Prison Litigation Reform Act, the court notes that the plaintiff was incarcerated when he filed this suit. For the reasons set forth below, the instant case shall be dismissed for failure to state a claim upon which relief could be granted.

### Factual Allegations

On February 14, 2007, Case Manager Jackie Richardson called the plaintiff into her office for his monthly review. She asked the plaintiff to sign the log book, and, as he did so, she reached her hand between his legs and rubbed his genitals. The plaintiff filed a grievance and has since been moved to another unit – away from Case Manager Richardson.

### Physical Injury Required to Recover Mental or Emotional Damages

A *pro se* prisoner plaintiff in a case filed under 42 U.S.C. § 1983 must allege more than *de minimis* physical injury to state a claim for psychological or emotional damages – regardless of the nature of the claim. *Geiger v. Jowers*, 404 F.3d 371 (5th Cir. 2005), 42 U.S.C. § 1997e(e). In this case, the plaintiff suffered no physical injury, and he has been removed from Jackie Richardson's building – mooting any claims for injunctive relief. As such, the instant case shall

be dismissed with prejudice for failure to state a claim upon which relief could be granted. A final judgment consistent with this memorandum opinion shall issue today.

**SO ORDERED,** this the 25th day of July, 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE